PROB 12A
(12/98)

FILED
JAMES BONINI
CLERK

'06 MAR -8 AM 10: 48

U.S. DISTRICT COURT
SOUTHERN OHIO
WEST DIV CINCINNATI

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Tiffany Michelle Billingsley**

Case Number: **CR 1-00-047**

Name of Sentencing Judicial Officer:     **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **August 3, 2000**

Original Offense: **Bank Robbery, in violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 2**

Original Sentence:  **48 months in prison,  36 months of supervised release, a $2,000 fine, and a $100 special assessment**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **November 3, 2003**

## NON-COMPLIANCE SUMMARY

The term of supervised release imposed in this case is scheduled to expire on November 2, 2006.  As of February 6, 2006, Billingsley has paid $799.18 toward her fine.  Thus, she currently has a fine balance of $1,200.82.  She is currently employed as a server at Pappadeoux Restaurant.  Based on Billingsley's financial situation, it is not likely that she will pay her fine balance in full prior to her supervised release expiring.

The Financial Litigation Unit within the United Attorney's Office has been notified that Billingsley's term of supervised release will likely expire with a fine balance.

Since Billingsley was convicted of a Class C felony in the instant offense, the Court can not extend the term of supervised release.

U.S. Probation Officer Action: **It is respectfully recommended that Billingsley's term of supervised release be allowed to expire with a fine balance.**

Respectfully Submitted By,                              Reviewed By,

*Mark R. Glawe*                                          *John C. Cole*
Mark R. Glawe                                            John C. Cole
United States Probation Officer                          Supervising United States Probation Officer
Date: March 6, 2006                                      Date: March 6, 2006

---

[✓]     I concur with the recommendation of the Probation Officer
[ ]     Submit a Request for Modifying the Condition or Term of Supervision
[ ]     Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

3/7/06
_____
Date