PROB 12B
(12/98)

# United States District Court
## for
## District of Southern Ohio
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
06 AUG 31

Name of Offender: **Tiffany Michelle Billingsley**          Case Number: **1:00CR00047**

Name of Sentencing Judicial Officer:    The Honorable Sandra S. Beckwith
                                        Chief United States District Judge

Date of Original Sentence: **August 3, 2000**

Original Offense: **Bank Robbery**

Original Sentence: **48 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**          Date Supervision Commenced: **November 3, 2003**

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows: **Billingsley will be placed on home confinement with electronic monitoring until her term of supervised release expires on November 2, 2006. The daily cost of the electronic monitoring is waived based on the defendant's financial profile.**

## CAUSE

On May 8, 2003, the Court modified Billingsley's conditions of supervised release prohibiting her from consuming any alcoholic beverage or substance. On July 11, 2006, Billingsley was arrested and charged with Driving Under the Influence. At the time of her arrest, she had a blood alcohol content of .28. On August 2, 2006, Billingsley was convicted of Operating Motor Vehicle Impaired in the Butler County Area II Court. The Court sentenced Billingsley to 30 days in jail of which 24 days were suspended, a $300 fine, and a driver's license suspension until January 10, 2007.

Respectfully Submitted By,              Reviewed By,

*Mark R. Grawe*                         *John C. Cole*
Mark R. Grawe                           John C. Cole
United States Probation Officer         Supervising United States Probation Officer

Date: August 30. 2006

## THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

*signature*
Signature of Judicial Officer

8/30/06
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

Billingsley will be placed on home confinement with electronic monitoring until her term of supervised release expires on November 2, 2006. The daily cost of the electronic monitoring is waived based on the defendant's financial profile.

Witness: _____  Signed: _____
  U.S. Probation Officer                    Supervised Releasee

August 25, 2006
DATE